1  Mathew K. Higbee, Esq., SBN 241380
   **HIGBEE & ASSOCIATES**
2  1504 Brookhollow Dr., Suite 112
3  Santa Ana, CA 92705
   (714) 617-8350
4  (714) 597-6559 facsimile
5  Email: mhigbee@higbeeassociates.com

6  Saba A. Basria, Esq., SBN 307594
   **HIGBEE & ASSOCIATES**
7  1504 Brookhollow Dr., Suite 112
8  Santa Ana, CA 92705
   (714) 617-8350
9  (714) 597-6559 facsimile
10 Email: sbasria@higbeeassociates.com

11
   *Attorneys for Plaintiff*,
12 GREAT BOWER INC.;
13 d/b/a TRUNK ARCHIVE

14

15             **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
16

17 | GREAT BOWERY INC. d/b/a | Case No. 2:20-cv-1526 |
18 | TRUNK ARCHIVE, | |
19 | | **COMPLAINT FOR DAMAGES AND** |
   | Plaintiff, | **INJUNCTIVE RELIEF** |
20 | | |
   | v. | **DEMAND FOR JURY TRIAL** |
21 | | |
22 | THE WRAP NEWS, INC. d/b/a | |
   | https://www.thewrap.com; and DOES | |
23 | 1 through 10 inclusive, | |
24 | | |
   | Defendant. | |
25 | | |
26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
1

1. Plaintiff Great Bowery, Inc., d/b/a Trunk Archive ("Trunk Archive") states its claim against Defendant The Wrap News, Inc. ("Wrap News" or "Defendant") d/b/a https://www.thewrap.com and DOES 1 through 10, inclusive, as follows:

## PARTIES

2. Plaintiff Great Bowery, Inc. d/b/a Trunk Archive is a Delaware corporation duly organized by law, having a place of business at 190 Bowery New York, NY 10012.

3. Defendant The Wrap News, Inc. d/b/a https://www.thewrap.com is a Delaware corporation with a principal place of business at 2260 S. Centinela Ave., Suite 150, Los Angeles, CA 90064.

4. Trunk Archive is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Trunk Archive is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Trunk Archive's damages as herein alleged were proximately caused by the conduct of said Defendants. Trunk Archive will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendants" shall mean all named Defendants and all fictitiously named Defendants.

5. For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendant named in this caption.

## JURISDICTION AND VENUE

6. The Court has jurisdiction under the laws of the United States concerning actions relating to copyright, 28 U.S.C. § 1338(a).

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

8. This Court has personal jurisdiction over Defendant Wrap News because it resides in the State of California and does business in the State of California.

9. Venue is proper because a substantial part of the events or omissions giving rise to the claims alleged in this claim occurred in this Judicial District.

## FACTUAL ALLEGATIONS

***Trunk Archive and the Images Forming the Subject Matter of the Complaint***

1. Trunk Archive is a full service photography-licensing agency representing some of the most prominent photographers and iconic images in the world. *See* www.trunkarchive.com

2. One of the artists whom Trunk Archive represents is New York based photographer Annie Leibovitz ("Leibovitz").

3. Leibovitz is primarily known for her celebrity portraiture, and her work has been used on numerous album covers and magazines.

4. Perhaps her most iconic photograph is that of musician John Lenon and his wife Yoko Ono taken for *Rolling Stone* magazine mere hours before John Lenon was shot and killed in front of his apartment on December 8, 1980.

5. The nine (8) images forming the subject matter of this complaint include: a photo of actor Adam Driver as Kylo Ren from the film *Star Wars the Rise of Skywalker* (the "Kylo Image"), a photo of the cast of *Game of Thrones* (the "GoT Image"), a photo of actor Hugh Jackman and actress Isabelle Allen from the film *Les Miserables* (the "Les Miserables Image"), a photo of celebrity Caitlyn Jenner in a corset (the "First Jenner Image"), a photo of celebrity Caitlyn Jenner in a car (the "Second Jenner Image"), a photo of actor Mark Hamil as Luke Skywalker and actress Daisy Ridley as Rey from the film *Star Wars the Force Awakens* (the "Skywalker and Rey Image"), a photo of actress Lupita Nyongo during a motion capture session for the film *Star Wars the Force Awakens* (the "Nyong'o Image"),

and a photo of the cast of the Netflix series *The Get Down* (the "Get Down Image"). Collectively referred to as the "Copyrighted Images," or, "Images." True and correct copies of the Copyrighted Images are attached hereto as **Exhibit A 1-8.**

6. Leibovitz subsequently granted Trunk Archive the exclusive rights to authorize licensing of the nine (8) images forming the subject matter of this complaint.

7. Leibovitz has registered all of the Images with the United States Copyright Office.

　　a. The Kylo and Skywalker Images are registered under certificate number VA 2-056-929.

　　b. The GoT Image is registered under certificate number VA 2-005-792.

　　c. The Les Miserables Image is registered under certificate number VA 1-886-831.

　　d. The First and Second Jenner Images are registered under certificate number VA 1-977-805.

　　e. The Nyongo Image is registered under certificate number **VA** 2-005-72

　　f. The Skate Kitchen Image is registered under certificate number VA 2-097-202.

### *Defendant's Infringement of Trunk Archive's Images*

8. Defendant Wrap News is an online and print entertainment industry news outlet that also hosts live industry events. Wrap News' target demographic is professionals within the entertainment industry.

9. On information and belief, Defendant Wrap News owns and operates the website https://www.thewrap.com/ (Defendant's "Website"). True and correct screenshots of the Website's Privacy Policy is attached hereto as **Exhibit B** as proof of ownership.

10. According to the Media Kit on Defendant Wrap News' Website, the news outlet has a reach of 40 Million consumers across its various platforms. *See* https://www.thewrap.com/wp-content/uploads/2019/03/2019-MEDIA-KIT-1.pdf.

11. On information and belief Defendant Wrap News has the ability to supervise and control all content on the Website, and receives a financial benefit from content that attracts visitors, subscribers, and event attendees.

12. On information and belief, Defendant Wrap News further leverages its Website for targeted advertising to consumers of the site in an effort to realize revenues from the companies with which it partners to display the advertising.

13. On or about June 3, 2019, Trunk Archive first discovered the Images being displayed on without authorization in a number of articles on Defendant's Website.

14. On Information and Belief the Kylo Image was uploaded to Defendant's Website on or around January 13, 2016, for use in an article titled *Oscar Nominations Predictions: Can 'Star Wars' and 'Mad Max' Muscle In?* ("Infringing Article 1"). A true and correct screenshot of Infringing Article 1 is attached hereto as **Exhibit C.**

15. On information and belief, the GoT Image was uploaded to Defendant's Website on or around December 10, 2014, for use in an article titled *SAG Awards Nominations: The Complete List* ("Infringing Article 2"). A true and correct screenshot of Infringing Article 2 is attached hereto as **Exhibit D.**

16. On information and belief, the Les Miserables Image was uploaded to Defendant's Website on or around February 26, 2013, for use in an article titled *Oscar Winners' Annual Revenue Bump Won't Come at Box Office* ("Infringing Article 3"). A true and correct screenshot of Infringing Article 3 is attached hereto as **Exhibit E.**

17. On information and belief, the First Jenner Image was uploaded to Defendant's Website on or about June 1, 2015, for use in an article titled *Jessica*

*Lange on Lookalike Caitlyn Jenner: 'That's so wonderful,'* ("Infringing Article 4"). A true and correct screenshot of Infringing Article 4 is attached hereto as **Exhibit F.**

18. On information and belief, the Second Jenner Image was uploaded to Defendant's Website on or about June 1, 2015, for use in an article titled *Caitlyn Jenner Glam Shots from Vanity Fair Flood Social Media (Photos)* ("Infringing Article 5"). A true and correct screenshot of Infringing Article 5 is attached hereto as **Exhibit G.**

19. On information and belief, the Nyong'o Image was uploaded to Defendant's Website on or about November 12, 2015, for use in an article titled *'Star Wars: The Force Awakens' Director J.J. Abrams Reveals Details About Lupita Nyong'o's Character* ("Infringing Article 6"). A true and correct screenshot of Infringing Article 6 is attached hereto as **Exhibit H.**

20. On information and belief, the Skywalker and Rey Image was uploaded to Defendant's Website on or about July 31, 2018, for use in an article titled *36 Movies That Have Grossed $1Billion Worldwide (Photos)* ("Infringing Article 7"). A true and correct screenshot of Infringing Article 7 is attached hereto as **Exhibit I.**

21. On information and belief, the Get Down Image was uploaded to Defendant's Website on or about July 8, 2016, for use in an article titled *Happy Birthday Jaden Smith! His Evolution From Child Star To Gender-Bending Louis Vuitton Model (Photos)* ("Infringing Article 8"). A true and correct screenshot of Infringing Article 8 is attached hereto as **Exhibit J.**

22. Trunk Archive has no record of issuing a license for the Copyrighted Images to Defendant Wrap News.

23. On information and belief, Wrap News distributed the Images as part of syndication agreements with other publications without permission or

authorization from Trunk.  See https://www.thewrap.com/thewrap-launches-wrapwire-syndicated-news-service/

24. Trunk Archive never granted permission, consent, or in any other way authorize, Wrap News' use or distribution of the Copyrighted Images.

25. On information and belief, Defendant Wrap News received a financial benefit from the use of the Images on its Website in the form of including, but not limited to event ticket sales, paid subscriptions to the Website, and advertising revenue.

**FIRST CAUSE OF ACTION
COPYRIGHT INFRINGEMENT
17 U.S.C. § 101 *et seq.*** 

26. Trunk Archive incorporates by reference all of the above paragraphs to this Complaint as though fully stated herein.

27. Trunk Archive holds the exclusive right to license the Copyrighted Images, which are original works of authorship subject to copyright protection under the laws of the United States.

28. The Copyrighted Images have been registered with the United States Copyright Office and perfect registration certificates have been issued.

29. Defendant Wrap News has directly, vicariously, contributorily and/or by inducement willfully infringed the copyrights to the Images by causing them to be displayed on its Website, without authorization in violation of 17 U.S.C. § 501 *et seq*.

30. All of Defendant's acts were performed without Trunk Archive's permission, license, or consent.

31. As a result of Defendant's violations of Title 17 of the U.S. Code, Trunk Archive is entitled to recover damages in the form of any actual damages and disgorgement of profits pursuant to 17 U.S.C. § 504(b), or statutory damages in an amount up to $150,000 per infringement pursuant to 17 U.S.C. § 504(c).

32. As a result of Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow Trunk Archive the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C. § 505 from Defendants.

33. The said wrongful acts of the Defendant has caused, and is causing, great injury to Trunk Archive, whose damages cannot be accurately computed, and unless this Court restrains the Defendant from further commission of said acts, it will suffer irreparable injury, all of which is without an adequate remedy at law.

34. Accordingly, Trunk Archive seeks a declaration that the Defendant is infringing the copyrights to the Images and an order under 17 U.S.C. § 502 enjoining the Defendant from any further infringement of its copyrights.

## PRAYER FOR RELIEF

WHEREFORE, Trunk Archive requests judgment against the Defendant as follows:

- For actual damages or statutory damages against Defendants in an amount up to $150,000 for each infringement pursuant to 17 U.S.C. § 504(c);
- For general and special damages against Defendants, according to proof, together with interest thereon at the maximum legal rate;
- For costs of litigation and reasonably attorneys' fees against Defendants pursuant to 17 U.S.C. § 505;
- For an injunction preventing Defendants from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;
- For an accounting of all copies and records of use and distribution of the Images and any and all documents regarding the Images.
- For any other relief the Court deems just and proper

Dated: February 14, 2020            Respectfully submitted,

**/s/ Mathew K. Higbee, Esq.,**
Mathew K. Higbee SBN 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbeeassociates.com
*Counsel for Plaintiff*

**/s/Saba A. Basria, Esq.,**
Saba A. Basria SBN 307594
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6729 facsimile
sbasria@higbeeassociates.com
*Counsel for Plaintiff*

# DEMAND FOR JURY TRIAL

Plaintiff, Great Bowery, Inc. d/b/a Trunk Archive, hereby demands a trial by jury in the above captioned matter.

Dated: February 14, 2020                              Respectfully submitted,

**/s/ Mathew K. Higbee, Esq.,**
Mathew K. Higbee SBN 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbeeassociates.com
*Counsel for Plaintiff*

**/s/Saba A. Basria, Esq.,**
Saba A. Basria SBN 307594
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6729 facsimile
sbasria@higbeeassociates.com
*Counsel for Plaintiff*