JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8  | GREAT BOWERY INC. d/b/a TRUNK
9  | ARCHIVE,

Case No. **CV 20-1526-GW-AFMx**

**ORDER OF DISMISSAL**

10                          Plaintiff,

11  v.

12  THE WRAP NEWS, INC. d/b/a
13  https.//www.thewrapnews.com; and
    DOES 1 through 10 inclusive,
14
15                          Defendant.
16

17

18      The Court having considered the stipulation of the parties, and good cause

19  appearing therefor, orders that this action is dismissed with prejudice against all

20  parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and each party shall bear their own

21  costs and attorneys' fees.

22

23  IT IS SO ORDERED.

24

25  DATED on this 11th day of March 2021.

26

27  _____
    HON. GEORGE H. WU,
28  UNITED STATES DISTRICT JUDGE

1

1

GEORGE H. WU

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28